DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | CASE NO. 1:05CR00142-001 |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| Michael Robinson | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

    A hearing was conducted on July 20, 2010, regarding a petition filed by the U.S. Probation Office regarding violations of the defendant of the terms and conditions of supervised release. The defendant Michael Roginson and his counsel, Caroline Kucharski appeared. A report and recommendation was filed on May 10, 2010 (see docket # 35). The Court adopts the report and recommendation of Magistrate Judge James S. Gallas and finds the defendant in violation of his terms and conditions of supervised release as stated in the Violation Report.

    IT IS ORDERED that the defendant be committed to the custody of the Bureau of Prisons for a period of four (4) months with credit for the time already served in custody since May 13, 2010.

    IT IS FURTHER ORDERED that upon release from confinement the period of

(5:04CR00254-001)

supervised release will continue for a period of two years. All conditions of supervised release previously imposed will continue with the additional condition that upon release from confinement the defendant have no contact with the girlfriend Carvida Ponton and he is directed to support his child..

| | |
|---|---|
| July 21, 2010 | */s/ David D. Dowd, Jr.* |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |