# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:05CR142-01 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| MICHAEL ROBINSON, | ) | |
| | ) | |
| | ) | |
| DEFENDANT. | ) | |

A violation report was filed in this case on January 14, 2011. The Court referred this matter to Magistrate Judge Nancy A. Vecchiarelli to conduct appropriate proceedings and to file a Report and Recommendation. The Magistrate Judge reported that a supervised release violation hearing was held on January 25, 2011. The Magistrate Judge filed a Report and Recommendation on January 28, 2011, in which the Magistrate Judge recommended that the Court find that the defendant has violated the conditions of his supervised release: violations 1-4, unauthorized drug use; violation 6, failure to participate in mental health counseling; and, 7, failure to follow the instructions of the probation officer. Additionally, the Magistrate Judge indicates that the defendant agreed to the facts contained in the supplemental information report, except failure to appear for a random drug test on January 12, 2011. The Magistrate Judge recommended that the defendant be sentenced to 8 months, with a recommendation that he participate in drug and mental health treatment programs while in custody, and that no term of supervision be imposed following the period of incarceration. The defendant filed an objection to the

recommended sentence.

The defendant and Attorney Edward G. Bryan appeared before this Court on February 18, 2011.

The Court finds the defendant in violation of the terms and conditions of his supervised release and the Court adopts the Report and Recommendation of the Magistrate Judge relative to the violations. The Court addressed the defendant's objection as to sentencing and found the objection not well taken and, further, adopted the Magistrate Judge's recommended sentence.

IT IS ORDERED that the defendant be committed to the custody of the Bureau of Prisons for a period of 8 months, with a recommendation that he participate in drug and mental health treatment programs while in custody, that he be placed in a Bureau of Prisons medical facility, and that no term of supervision be imposed following the period of incarceration.

**IT IS SO ORDERED**.

Dated: February 18, 2011

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**